# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3595
LT Case No. 2018-CF-012624-A

_____

RASHEED A. KARREEM,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

Rasheed A. Karreem, Blountstown, pro se.

No Appearance for Appellee.

January 8, 2026

PER CURIAM.

    AFFIRMED.

LAMBERT, EISNAUGLE, and MacIVER, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————